1  CARL P. BLAINE (State Bar # 65229)
   Email: cblaine@wkblaw.com
2  **WAGNER KIRKMAN BLAINE**
   **KLOMPARENS & YOUMANS LLP**
3  10640 Mather Blvd., Suite 200
   Mather, California 95655
4  Telephone:   (916) 920-5286
   Facsimile:   (916) 920-8608
5

6  Attorneys for MICHAEL A. HACKARD

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| CLARK, DEPEW & TRACEY and CLAYTON CLARK, | Case No. 1:07-CV-01789-LJO-SMS |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON |
| v. | |
| HACKARD & HOLT, MICHAEL A. HACKARD, individually, THEODORE J. HOLT, individually, and SEAN TRACEY, individually, | |
| Defendants. | |

19     Plaintiffs Clark, Depew & Tracey and Clayton Clark and defendants HACKARD &

20  HOLT and THEODORE J. HOLT and MICHAEL A. HACKARD, by and through their

21  respective counsel, hereby stipulate and agree as follows:

22     The parties stipulate and agree that, subject to Court approval, that the Mandatory

23  Scheduling Conference currently scheduled for March 25, 2008, at 8:15 a.m. in Courtroom 4

24  (LJO), before the Honorable Lawrence J. O'Neill be continued for 30 days or to a date

25  convenient for the Court.  The reason for the continuance is that the settlement negotiations

26  have occurred and are continuing between he parties.  If those settlement negotiations are

27  unsuccessful, the parties are considering mediation.

28  / / /

{12633.00201 / 00353801.DOC.1}              1
STIPULATION AND ORDER

| | |
|---|---|
| Dated: March 19, 2008 | BOURDETTE & PARTNERS |
| | By: /s/ Miriam Bourdette |
| | MIRIAM BOURDETTE |
| | Attorneys for Plaintiffs |
| Dated: March 19, 2008 | HACKARD & HOLT |
| | By: /s/ David R. Zarka |
| | DAVID R. ZARKA |
| | Attorneys for HACKARD & HOLT and THEODORE J. HOLT |
| Dated: March 19, 2008 | WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP |
| | By: /s/ Carl P. Blaine |
| | CARL P. BLAINE |
| | Attorneys for Michael A. Hackard |

## ORDER

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference scheduled for March 25, 2008, is hereby continued to April 21, 2008 at 8:15am Courtroom 4 (LJO), before the Honorable Lawrence J. O'Neill.

Dated: 03/20/2008    /s/Lawrence J.O'Neill
Lawrence J. O'Neill
U.S. States District Judge

{12633.00201 / 00353801.DOC.1}    2
STIPULATION AND ORDER