Philip C. Bourdette SBN 47492
Miriam Bourdette SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLARK, DEPEW et al<br><br>　　　　Plaintiffs,<br>　v.<br><br>HACKARD & HOLT, et al<br><br>　　　　Defendants. | Case No. 1:07-CV-01789-LJO-SMS<br><br>STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE AND PROPOSED ORDER<br><br>Date: May 13, 2008<br>Time: 8:15 AM |

　　　　IT IS HEREBY STIPULATED BY ALL PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:

　　　　1.　　The Scheduling Conference currently set for May 13, 2008 may be continued to June 3, 2008 at 8:15 AM or another date convenient to the Court.

　　　　2.　　A facsimile signature on this stipulation may be used as though it were an original.

1

Stipulation to Continue Scheduling Conference & Proposed Order

The parties have agreed to all terms of a settlement agreement and are only awaiting approval in writing from the payor Wyeth Inc. as to language regarding to whom payments will be made.  It is expected that settlement of this matter will be final before the date suggested for the Scheduling Conference.

A Stipulation regarding dismissal of this case will be filed as soon as the Settlement Documents are signed by all parties.

The parties thank the Court for consideration of this matter.

Respectfully submitted,

DATED:  May 2, 2008            BOURDETTE AND PARTNERS


By:   /s/   Miriam Bourdette
      Miriam Bourdette
      Attorneys for Plaintiff


DATED:  May 1, 2008            HACKARD & HOLT


By:   /s/  Michael Mace for
      Theodore Holt
      Attorneys for Hackard & Holt


DATED: May 2, 2008             WAGNER KIRKMAN BLAINE et al


By:   /s/  Carl Blaine
      Carl Blaine
      Attorneys for Michael Hackard

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

    IT IS HEREBY ORDERED that the Mandatory Scheduling Conference scheduled for May 13, 2008, is hereby continued to June 3, 2008 at 8:15 AM in Courtroom 4, before the Honorable Lawrence J. O'Neill.

Dated: __May 2, 2008_____          __/s/ Lawrence J. O'Neill_____
                                                                                  Lawrence J. O'Neill
                                                                                  U.S. District Judge