Philip C. Bourdette SBN 47492
Miriam Bourdette SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLARK DEPEW et al<br><br>    Plaintiffs,<br>    v.<br><br>HACKARD & HOLT, et al<br><br>    Defendants. | Case No. 1:07-CV-01789-LJO-SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL<br>& STATUS REPORT<br><br>Date: June 3, 2008<br>Time: 8:15 AM |

PLAINTIFF HEREBY NOTICES VOLUNTARY DISMISSAL OF THE ABOVE ENTITLED CASE WITHOUT PREJUDICE AS TO ALL PARTIES BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD.

No parties have answered the complaint and therefore a stipulation for dismissal is not necessary.  All parties have signed off as to settlement of this case.  The Scheduling Conference currently set for June 3, 2008 may be taken off calendar.

The parties thank the Court for the time and consideration put into this matter.

Notice of Voluntary Dismissal

Respectfully submitted,

DATED:  May 29, 2008            BOURDETTE AND PARTNERS


By:__/s/   Miriam Bourdette_____
   Miriam Bourdette
   Attorneys for Plaintiff


# ORDER

   IT IS HEREBY ORDERED that the above-entitled case be dismissed without prejudice.

Dated: _May 29, 2008_____          _/s/ Lawrence J. O'Neill____
                                          Lawrence J. O'Neill
                                          U.S. District Judge